Declaration Under Penalty of Perjury

My name is Danny Keith Hooks. I am over the age of eighteen and competent to make this declaration. I am a prisoner on death row at the DKH. Oklahoma State Penitentiary (OSP) in McAlester, Oklahoma, DOC# 135525.

It is ordinary practice at OSP to draw blood for medical tests on H-Unit (death row). Only when that proves difficult are prisoners taken for blood draws at the main medical facility DKH. at OSP.

In late 2005, I was taken from H-Unit to the main medical facility at OSP. I went with inmate John Boltz. We were taken so that the prison could attempt to draw blood for medical tests. We were taken at night and stayed overnight at the medical facility.

I assumed that Mr. Boltz was taken because the prison had had trouble drawing his blood on H-Unit, as they had with me.

Attachment 2

page 1

D.K.H.
July 14, 2006.

page 2 - Decl. Danny Hooks.

The prison tried to draw blood from my hands, arms, and feet, but were never successful.

I understand the prison was successful in getting blood from Mr. Boltz.

The foregoing statement is true and correct and made under penalty of perjury.

Dated this 14th day of July, 2006.

_Danny K Hooks  135625_
Danny Keith Hooks