## AFFIDAVIT OF MARY BURDEN

STATE OF OKLAHOMA            )
                             )  ss.
COUNTY OF OKLAHOMA COUNTY    )

      Before me, the undersigned Notary, on this 19th day of July, 2006, personally appeared Mary Burden, known to me to be a credible person and of lawful age, who being by me first duly sworn, on her oath, deposes and says:

1. I am a certified Medical Technologist and the Oklahoma State representative for the American Medical Technologists (AMT), one of the organizations that certifies phlebotomists in the State of Oklahoma.

2. In my capacity as state representative for AMT, I am familiar with the rules and/or regulations pertaining to the practice of phlebotomy in Oklahoma. Phlebotomists in the State of Oklahoma are not licensed; rather they are credentialed by certification which is a process that includes examination and practical experience. AMT's certification requirements are detailed in the document attached hereto as Exhibit 1.

3. Phlebotomists in Oklahoma are not trained nor are certified to insert or maintain catheters for the administration of intravenous anesthetics.

4. I swear and affirm that the foregoing statement is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Mary Burden

      Subscribed and sworn to before me the 19th day of July, 2006, by the person known to me to be Mary Burden.

Seal:

_____
Pam Kennedy

PAM KENNEDY
Notary Public
State of Oklahoma
Commission # 01003707  Expires 3/26/09

My commission expires: _____, 20__
My commission number is: _____

Affidavit of Mary Burden
Page 1 of 1



# AMT Registered Phlebotomy Technician (RPT)
# Certification Examination Construction Parameters

| Number of items in category | Category, Sub-category, and Competency |
|---|---|
| {83} | **I. Obtaining Blood Samples** *(41.5% of test)* |

    A. Identify correct patient properly

    B. Select appropriate containers for specimens and know requirements for container identification

    C. Know physiological aspects of blood collection

    D. Prepare patient for various tests

    E. Select proper venipuncture site

    F. Perform venipunctures

    G. Collect specimen in proper tube-draw sequence

    H. Perform skin punctures

    I. Perform heel punctures on infants

    J. Provide proper post care of venous, arterial, & skin puncture sites

    K. Handle blood samples to maintain specimen integrity

    L. Label transfusion services (blood bank) specimens according to proper protocol

Affidavit of Mary Burden
Exhibit 1

*"Pride of the Profession"*
*Incorporated in 1939*

710 Higgins Road ■ Park Ridge, Illinois 60068-5765 ■ Phone (847) 823-5169 ■ Fax (847) 823-0458 ■ www.amt1.com ■ mail@amt1.com

{31}  **II. Specimen Collection and Processing** *(15.5% of test)*

    A. Properly handle non-blood specimens to maintain their integrity

    B. Properly collect and handle specimens with time/temperature requirements

    C. Properly collect and handle specimens for blood cultures

    D. Select proper station for specimen delivery

    E. Process specimens for shipping

    F. Instruct patient in the collection of urine specimens

    G. Instruct patient in the collection of other specimens

    H. Collect and process point-of-care testing (POCT) specimens

{16}  **III. Time Management and Assignment Organization** *(8.0% of test)*

    A. Read physician orders and requisitions

    B. Set priorities for specimen collection

    C. Schedule time intervals for tolerance tests

    D. Schedule time intervals for drug-dependent tests

    E. Refer problems to supervisor appropriately

    F. Cooperate with co-workers in the completion of assignments

{ 9}  **IV. Professional Communications** *(4.5% of test)*

    A. Develop and use proper and professional communication skills with staff, patients, and families

    B. Use proper technique and etiquette for answering the telephone

    C. Inform patients of special test requirements

{11}  **V. Clerical Skills and Duties**  *(5.5% of test)*

    A. Chart or file laboratory-generated reports properly

    B. Enter, retrieve, and verify patient collection data and special notations using appropriate sources

    C. Maintain inventory levels, order and restock supplies

    D. Employ computer skills

{20}  **VI. Safety Standards and Procedures** *(10.0% of test)*

    A. Identify appropriate regulatory and standard-setting agencies

    B. Know the use of material safety data sheets

    C. Employ Universal/Standard precautions

    D. Employ infection control and isolation techniques

    E. Recognize patient problems related to syncope, nausea, and other complications

{12}  **VII. Legal, Ethical, and Professional Considerations** *(6.0% of test)*

    A. Know principles of liability regarding the practice of phlebotomy

    B. Perform duties professionally, ethically, and legally, adhering to criminal justice and civil rights acts

    C. Employ professional conduct and appearance in the performance of duties

{18}  **VIII. Terminology, Anatomy, and Physiology** *(9.0% of test)*

    A. Employ basic terminology including suffixes, prefixes, and root words

    B. Know basic anatomy

    C. Know basic physiological systems

200